**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Chad R. Carlson** | : | Case No. 13−11355−TPA |
| **Samantha J. Carlson** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Christiana Trust, a division of Wilmington | : | |
| Savings Fund Society, FSB, as indenture trustee, | : | Related to Claim No. 2 |
| for the CSMC 2014−RPL3 Trust, | : | |
| Mortgage−Backed Notes, Series 2014−RPL3 | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Chad R. Carlson and | : | |
| Samantha J. Carlson | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

      **AND NOW**, this **19th day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014−RPL3 Trust, Mortgage−Backed Notes, Series 2014−RPL3* at Claim No. 2 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Chad R. Carlson
Samantha J. Carlson
       Debtors

Case No. 13-11355-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: gamr      Page 1 of 1      Date Rcvd: Jan 19, 2017
                       Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.
db/jdb        +Chad R. Carlson,   Samantha J. Carlson,   733 Montmorenci Road,   Ridgway, PA 15853-6825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:
         Andrew F Gornall     on behalf of Creditor     LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Celine P. DerKrikorian     on behalf of Creditor     LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer ecfmail@mwc-law.com
         James Warmbrodt     on behalf of Creditor     LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
         Kenneth P. Seitz     on behalf of Debtor Chad R. Carlson thedebterasers@aol.com
         Kenneth P. Seitz     on behalf of Joint Debtor Samantha J. Carlson thedebterasers@aol.com
         Matthew Christian Waldt     on behalf of Creditor     Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL3 Trust, Mortgage-Backed Notes, Series 2014-RPL3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         Matthew M. Pavlovich     on behalf of Creditor     LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer mpavlovich@prpclaw.com, sruschak@prpclaw.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 9