**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-11355-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Chad R. Carlson<br>733 Montmorenci Road<br>Ridgway PA 15853 | Samantha J. Carlson<br>733 Montmorenci Road<br>Ridgway PA 15853 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/30/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Christiana Trust, a division of Wilming, Serviced by Select Portfolio Servicing,, 3815 South West Temple, Salt Lake City, UT 84115 | Legacy Mortgage Asset Trust 2018-GS<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/02/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Chad R. Carlson
Samantha J. Carlson
    Debtors

Case No. 13-11355-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 1     Date Rcvd: Aug 31, 2018
                         Form ID: trc     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13981624    ##+Christiana Trust, a division of Wilming,    Serviced by Select Portfolio Servicing,,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2018 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer andygornall@latouflawfirm.com
        Celine P. DerKrikorian    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer ecfmail@mwc-law.com
        James Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
        Kenneth P. Seitz    on behalf of Debtor Chad R. Carlson thedebterasers@aol.com
        Kenneth P. Seitz    on behalf of Joint Debtor Samantha J. Carlson thedebterasers@aol.com
        Matthew Christian Waldt    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        Matthew Christian Waldt    on behalf of Creditor    MTGLQ Investors, L.P. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        Matthew Christian Waldt    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        Matthew Christian Waldt    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL3 Trust, Mortgage-Backed Notes, Series 2014-RPL3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        Matthew M. Pavlovich    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer mpavlovich@prpclaw.com, sruschak@prpclaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                              TOTAL: 12