**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/03/2018

IN RE:

CHAD R. CARLSON
SAMANTHA J. CARLSON
733 MONTMORENCI ROAD
RIDGWAY,  PA  15853
XXX-XX-5752          Debtor(s)

XXX-XX-6928

Case No.13-11355 TPA

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/3/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim Info | Credit Description |
|---|---|---|
| **CHRISTIANA TRUST - DIV WILMINGTON SAVING**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  0.00<br>COMMENT:  LOAN MDF@CID59*W/56,58-59*86680.84/CL*FR CALIBER-DOC 43 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2318*BGN 12/13 |
| **ACCOUNT RECEIVABLES MGMT**<br>POB 129<br>THOROFARE, NJ  08086-0129 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~ONE MAIN FNCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8868 |
| **ALLY FINANCIAL****<br>C/O ALLY SERVICING LLC<br>PO BOX 78369<br>PHOENIX, AZ  85062-8369 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  2,055.65<br>COMMENT:  DEFICIENCY~7/06*LAST ACTIVE 2010/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4154 |
| **AMSERV LIMITED**<br>PO BOX 8<br>INDIANA, PA  15701 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0518 |
| **ASSET ACCEPTANCE LLC - ASSIGNEE**<br>PO BOX 2036<br>WARREN, MI  48090 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM:  4,777.46<br>COMMENT:  JUNIPER/BARCLAYS*JUDGMENT 6/4/12 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2454 |
| **ASSET ACCEPTANCE LLC - ASSIGNEE**<br>PO BOX 2036<br>WARREN, MI  48090 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  2,060.49<br>COMMENT:  JUNIPER BARCLAYS*JUDGMENT 7/2/2012 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8409 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3777 |
| **CARDIONET**<br>POB 777<br>PHILADELHIA, PA  19175 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5746 |
| **CLIFFES AND THE RX CENTER**<br>223 MAIN ST<br>PO BOX 317<br>RIDGWAY, PA  15853 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3113 |
| **CREDIT BUREAU CENTER**<br>POB 273<br>MONROE, WI  53566 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MASSEYS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8273 |

| Creditor | Claim Info | Details |
|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUBOIS RGNL MDCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2455 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUBOIS RGNL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0281 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUBOIS RGNL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7551 |
| **DUBOIS RADIOLOGIST**<br>POB 1106<br><br>DUBOIS, PA  15801 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1090 |
| **DUBOIS REGIONAL MEDICAL CENTER**<br>POB 447<br><br>DUBOIS, PA  15801 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1539 |
| **DUBOIS REGIONAL MEDICAL CENTER**<br>POB 447<br><br>DUBOIS, PA  15801 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0234 |
| **DUBOIS REGIONAL MEDICAL CENTER**<br>POB 447<br><br>DUBOIS, PA  15801 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4273 |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7453 |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6039 |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0550 |

| Creditor | Trustee Claim | Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ELK REGIONAL HEALTH CTR** 763 JOHNSONBURG RD SAINT MARYS, PA 15857 | Trustee Claim Number: 21  INT %: 0.00% | Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5117 |
| **ELK REGIONAL HEALTH CTR** 763 JOHNSONBURG RD SAINT MARYS, PA 15857 | Trustee Claim Number: 22  INT %: 0.00% | Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6021 |
| **FULTON FRIEDMAN & GULLACE LLP** 500 1ST FEDERAL PLAZA ROCHESTER, NY 14614 | Trustee Claim Number: 23  INT %: 0.00% | Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~JUNIPER BARCLAYS/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2248 |
| **GMAC*** ATTN TRUSTEE PAYMENT CENTER POB 78367 PHOENIX, AZ 85062 | Trustee Claim Number: 24  INT %: 0.00% | Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4154 |
| **IC SYSTEM INC** 444 HIGHWAY 96 E POB 64378 ST PAUL, MN 55164 | Trustee Claim Number: 25  INT %: 0.00% | Court Claim Number: CLAIM: 0.00 COMMENT: ELK RGNL HEALTH/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 70001 |
| **IC SYSTEM INC** 444 HIGHWAY 96 E POB 64378 ST PAUL, MN 55164 | Trustee Claim Number: 26  INT %: 0.00% | Court Claim Number: CLAIM: 0.00 COMMENT: ELK RGNL HEALTH/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2001 |
| **IC SYSTEM INC** 444 HIGHWAY 96 E POB 64378 ST PAUL, MN 55164 | Trustee Claim Number: 27  INT %: 0.00% | Court Claim Number: CLAIM: 0.00 COMMENT: ELK RGNL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6001 |
| **IC SYSTEM INC** 444 HIGHWAY 96 E POB 64378 ST PAUL, MN 55164 | Trustee Claim Number: 28  INT %: 0.00% | Court Claim Number: CLAIM: 0.00 COMMENT: ELK RGNL HEALTH/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0001 |
| **KANE COMMUNITY HOSPITAL** ROUTE 6 KANE, PA 16735 | Trustee Claim Number: 29  INT %: 0.00% | Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0655 |
| **KANE COMMUNITY HOSPITAL** ROUTE 6 KANE, PA 16735 | Trustee Claim Number: 30  INT %: 0.00% | Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0655 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BURTON NEIL**<br>BURTON NEIL & ASSOC PC<br>1060 ANDREW DR STE 170<br>WEST CHESTER, PA 19380 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GEMB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2829 |
| **MERCHANTS CREDIT GUIDE**<br>223 WEST JACKSON BLVD<br>CHICAGO, IL 60606 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SEVENTH AVE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1489 |
| **MIDLAND FUNDING**<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA 92108 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GEMB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3667 |
| **MIDLAND FUNDING**<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA 92108 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GEMB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3674 |
| **MIDLAND FUNDING**<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA 92108 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GEMB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3757 |
| **MIDLAND FUNDING**<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA 92108 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CHASE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6805 |
| **NATIONAL FUEL GAS**<br>1100 STATE ST<br>ERIE, PA 16501 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3104 |
| **PA COLLECTION SVCS++**<br>21 RED WINE DR<br>WASHINGTON, PA 15301 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~ELK RGNL HEALTH/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2457 |
| **PAUL REES DMD**<br>200 SOUTH ST<br>RIDGWAY, PA 15853 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0116 |
| **PA MEDICAL TRANSPORT**<br>332 WAMPUM AVE<br>POB 188<br>ELLWOOD CITY, PA 16117 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 166P |

| Creditor | Address | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|---|
| **PLAIN GREEN LLC**** | PO BOX 42560<br>PHILADELPHIA, PA 19101 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7062 |
| **PRA/PORTFOLIO RECOVERY ASSOC** | POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:6 | CLAIM: 1,537.54<br>COMMENT: HSBC CARD SVC~ORCHARD BANK*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6219 |
| **PRA/PORTFOLIO RECOVERY ASSOC** | POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:5 | CLAIM: 1,141.55<br>COMMENT: PRA AG FNDNG~GEMB/SCH*GEMB~LOWES*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6205 |
| **STATE COLLECTION SERVICE INC** | 2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~UPMC PHYSCN SVC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3297 |
| **STATE COLLECTION SERVICE INC** | 2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~UPMC ST MARGARETS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7994 |
| **STATE COLLECTION SERVICE INC** | 2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~UPMC PRESBYTRN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0932 |
| **STATE COLLECTION SERVICE INC** | 2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~UPMC PHYSCN SVC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3979 |
| **STATE COLLECTION SERVICE INC** | 2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~UPMC PHYSCN SVC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1586 |
| **STATE COLLECTION SERVICE INC** | 2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~UPMC PHYSCN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9245 |
| **STATE COLLECTION SERVICE INC** | 2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~UPMC PHYSCN SVC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6558 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SOUTHWEST CREDIT SYSTEMS*** <br> 4120 INTERNATIONAL PARKWAY <br> STE 1100 <br><br> CARROLLTON, TX  75007 | Trustee Claim Number:51  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  WINDSTREAM/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0894 |
| **UPMC PHYSICIAN SERVICES++** <br> C/O UPMC TREASURY DEPT <br> US STEEL TOWER - MS UST 01-41-02 <br> 600 GRANT ST 41ST FL <br> PITTSBURGH, PA  15219 | Trustee Claim Number:52  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0001 |
| **UPMC** <br> C/O POWELL ROGERS & SPEAKS <br> POB 930* <br><br> HALIFAX, PA  17032 | Trustee Claim Number:53  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  PRESBYTRN SHDYSD/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2216 |
| **UPMC** <br> C/O POWELL ROGERS & SPEAKS <br> POB 930* <br><br> HALIFAX, PA  17032 | Trustee Claim Number:54  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  ST MARGARET/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2130 |
| **WACOPSE FEDERAL CREDIT UNION**** <br> 413 S MICHAEL ST <br> PO BOX 193 <br><br> ST MARYS, PA  15857 | Trustee Claim Number:55  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0001 |
| **CHRISTIANA TRUST - DIV WILMINGTON SAVING** <br> C/O SELECT PORTFOLIO SVCNG INC* <br> PO BOX 65450 <br><br> SALT LAKE CITY, UT  84165 | Trustee Claim Number:56  INT %:  0.00% <br> Court Claim Number:2 <br> CLAIM:  0.00 <br> COMMENT:  LOAN MDF@CID59*17123.83/CL*NT PROV/PL*W/1,58-59*FR CALIBER-DOC 43 | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  2318*THRU 11/13 |
| **ANDREW F GORNALL ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:57  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  LSF8 MASTER PRTCPTN TRST BY CALIBER HM LNS INC/PRAE*W/CL 2 | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.:  8834 |
| **CHRISTIANA TRUST - DIV WILMINGTON SAVING** <br> C/O SELECT PORTFOLIO SVCNG INC* <br> PO BOX 65450 <br><br> SALT LAKE CITY, UT  84165 | Trustee Claim Number:58  INT %:  0.00% <br> Court Claim Number:2 <br> CLAIM:  0.00 <br> COMMENT:  LOAN MDF@CID59*W/1,56,59*FR CALIBER-DOC 43 | CRED DESC:  MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.:  2318 |
| **SELECT PORTFOLIO SERVICING INC(*)** <br> POB 65450 <br><br> SALT LAKE CITY, UT  84165 | Trustee Claim Number:59  INT %:  0.00% <br> Court Claim Number:2-2 <br> CLAIM:  0.00 <br> COMMENT:  PMT/DECL*DKT4PMT-LMT*LOAN MDF*W/1,56,58*W/NTC@CID57*FR CALIBER-D43*| | CRED DESC:  MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.:  2318 |
| **KIMBERLY A BONNER ESQ** <br> MANLEY DEAS KOCHALSKI LLC <br> PO BOX 165028 <br><br> COLUMBUS, OH  43216-5028 | Trustee Claim Number:60  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  CHRISTIANA TRUST~WILMINGTON SVNG FND/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |