**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/4/18 8:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  CHAD R. CARLSON<br>SAMANTHA J. CARLSON<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  CHAD R. CARLSON<br>SAMANTHA J. CARLSON<br><br>      Respondents | Case No.13-11355TPA<br><br>Chapter 13<br><br>Document No. 66 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __4th__ day of __December__, 20__18__ it is hereby ORDERED, ADJUDGED, and DECREED that,

Metaldyne Sintered Components
Attn: Payroll Manager
1149 Ricky Rd
Ridgway, PA 15853

is hereby ordered to immediately terminate the attachment of the wages of CHAD R. CARLSON, social security number XXX-XX-5752. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHAD R. CARLSON.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

/s/ Ronda J. Winnecour
jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-11355-TPA
Chad R. Carlson                                                       Chapter 13
Samantha J. Carlson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut              Page 1 of 1              Date Rcvd: Dec 04, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db/jdb         +Chad R. Carlson,   Samantha J. Carlson,   733 Montmorenci Road,   Ridgway, PA 15853-6825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   LSF8 Master Participation Trust, by Caliber Home Loans,
           Inc., solely in its capacity as servicer andygornall@latouflawfirm.com
          Celine P. DerKrikorian    on behalf of Creditor   LSF8 Master Participation Trust, by Caliber Home
           Loans, Inc., solely in its capacity as servicer ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor   LSF8 Master Participation Trust, by Caliber Home Loans,
           Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Samantha J. Carlson thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Chad R. Carlson thedebterasers@aol.com
          Matthew Christian Waldt    on behalf of Creditor   Legacy Mortgage Asset Trust 2018-GS3
           mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor   MTGLQ Investors, L.P. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor   Legacy Mortgage Asset Trust 2018-GS
           mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor   Christiana Trust, a division of Wilmington
           Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL3 Trust, Mortgage-Backed
           Notes, Series 2014-RPL3 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Matthew M. Pavlovich    on behalf of Creditor   LSF8 Master Participation Trust, by Caliber Home
           Loans, Inc., solely in its capacity as servicer mpavlovich@prpclaw.com,   sruschak@prpclaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12