**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Bankruptcy No. 13-11355-TPA |
| Chad R. Carlson and | : |
| Samantha J. Carlson, | : Chapter 13 |
| Debtor | : |
| | : Docket No. 72 |
| Samantha J. Carlson, | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| Asset Acceptance, LLC assignee | : |
| Juniper/Barclays Bank, | : |
| Respondent | : |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
MOTION TO AVOID JUDICIAL LIEN WITH ASSET ACCEPTANCE, LLC ASSIGNEE
JUNIPER/BARCLAYS BANK**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the application no later than **December 24, 2018**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Application may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **Wednesday, January 9, 2019 at 10:00 AM.** before Judge Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 . Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file or serve a written response.

Date of service: December 7, 2018       Attorney for Movant:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA  15658
(814) 536-7470