FILED
12/19/18 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Chad R. Carlson ) | Case No.: 13-11355TPA |
| Samantha J. Carlson ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 6 |
| Trustee, ) | |
|     Movant, ) | Related to Document No. 64 |
|         Vs. ) | |
| Portfolio Recovery Associates, LLC ) | |
|     Respondent(s) ) | |

## ORDER OF COURT

AND NOW, this ___19th___ day of _____December_____, 2018, upon consideration of the Trustee's Objection to Claim No. 6 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 6 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____  vas
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Chad R. Carlson  
Samantha J. Carlson  
    Debtors

Case No. 13-11355-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: lfin      Page 1 of 1      Date Rcvd: Dec 19, 2018  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.  
db/jdb          +Chad R. Carlson,    Samantha J. Carlson,    733 Montmorenci Road,    Ridgway, PA 15853-6825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer andygornall@latouflawfirm.com  
         Celine P. DerKrikorian    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer ecfmail@mwc-law.com  
         James Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com  
         Kenneth P. Seitz    on behalf of Joint Debtor Samantha J. Carlson thedebterasers@aol.com  
         Kenneth P. Seitz    on behalf of Debtor Chad R. Carlson thedebterasers@aol.com  
         Matthew Christian Waldt    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         Matthew Christian Waldt    on behalf of Creditor    MTGLQ Investors, L.P. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         Matthew Christian Waldt    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         Matthew Christian Waldt    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL3 Trust, Mortgage-Backed Notes, Series 2014-RPL3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         Matthew M. Pavlovich    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer mpavlovich@prpclaw.com, sruschak@prpclaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         TOTAL: 12