| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Chad R. Carlson** | Social Security number or ITIN **xxx–xx–5752** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 **Samantha J. Carlson** (Spouse, if filing) | Social Security number or ITIN **xxx–xx–6928** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: **13–11355–TPA** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Chad R. Carlson                    Samantha J. Carlson

4/29/19                           **By the court:**   Thomas P. Agresti
                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 13-11355-TPA
Chad R. Carlson
Samantha J. Carlson                                             Chapter 13
      Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-1          User: culy                  Page 1 of 2                  Date Rcvd: Apr 29, 2019
                              Form ID: 3180W              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db/jdb        +Chad R. Carlson,   Samantha J. Carlson,    733 Montmorenci Road,    Ridgway, PA 15853-6825
13745880     #+Accounts Receivable Management, Inc.,    P.O. Box 561,    Thorofare, NJ 08086-0561
13745882      +AmServ, Ltd.,   P.O. Box 8,    Indiana, PA 15701-0008
13745886      +Cardionet, Inc.,   P.O. Box 508,    Malvern, PA 19355-0508
13745887      +Cliffe’s & the RX Center,    223 Main Street,   P.O. Box 317,    Ridgway, PA 15853-0317
13745888      +Credit Bureau Centre,    P.O. Box 273,   Monroe, WI 53566-0273
13745891      +DuBois Radiologists, Inc.,    28 East Scribner Avenue,    P.O. Box 1106,   Du Bois, PA 15801-0906
13745892      +DuBois Regional Medical Center,    P.O. Box 447,   Du Bois, PA 15801-0447
13745893      +Elk Regional Health Center,    Attn: Cashier,   763 Johnsonburg Road,
                Saint Marys, PA 15857-3498
13745894      +Fulton Friedman & Gullace, LLP,    c/o James Craig,    P.O. Box 2123,   Warren, MI 48090-2123
13745902      +Merchants’ Credit Guide, Co.,    223 W. Jackson Blvd. #700,    Chicago, IL 60606-6914
13745909     ++PLAIN GREEN LOANS,    93 Mack Road, Suite 600,   Box Elder, MT 59521
              (address filed with court: Plain Green Loans,    Attn: Customer Support,
                93 Mack Road, Suite 600,    P.O. Box 255,   Box Elder, MT 59521)
13745907      +Paul Z. Rees, DMD,   200 South Street,    Ridgway, PA 15853-2011
13745908      +Pennsylvania Medical Transport,    332 Wampum Avenue,    Ellwood City, PA 16117-1269
13745912      +State Collection Servi,    2509 S Stoughton Rd,   Madison, WI 53716-3314
13745915      +UPMC Presbyterian Shadyside,    P.O. Box 382059,   Pittsburgh, PA 15250-0001
13745916      +UPMC St. Margaret,   P.O. Box 382059,    Pittsburgh, PA 15250-0001
13745917      +Wacopse Federal Cr Un,   117 Pennsylvania Ave W,    Warren, PA 16365-2514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 30 2019 02:41:52      Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
13745881       EDI: GMACFS.COM Apr 30 2019 06:28:00      Ally,   Po Box 12699,    Glendale, AZ 85318-2699
13765548      +EDI: GMACFS.COM Apr 30 2019 06:28:00      Ally Financial f/k/a GMAC,    c/o Ally Servicing LLC,
                P O Box 130424,   Roseville, MN 55113-0004
13756266      +EDI: ACCE.COM Apr 30 2019 06:28:00      Asset Acceptance LLC,    PO Box 2036,
                Warren MI 48090-2036
13745883      +EDI: ACCE.COM Apr 30 2019 06:28:00      Asset Acceptance Llc,    Po Box 1630,
                Warren, MI 48090-1630
13745885       EDI: CAPITALONE.COM Apr 30 2019 06:28:00      Cap One,    Po Box 85520,   Richmond, VA 23285
13745884      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 30 2019 02:42:49      Caliber Home Loans, Inc.,
                13801 Wireless Way,   Oklahoma City, OK 73134-2500
13765133      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 30 2019 02:42:49      Caliber Home Loans, Inc.,
                13801 Wireless Way,   Oklahoma City, Oklahoma 73134-2500
13745890      +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 30 2019 02:42:27
                Credit Management Co,    2121 Noblestown Road,   Pittsburg, PA 15205-3956
13745889      +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 30 2019 02:42:27
                Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13745895       EDI: RMSC.COM Apr 30 2019 06:28:00      GE Money Bank,    PO Box 960061,   Orlando, FL 32896-0061
13745896      +EDI: GMACFS.COM Apr 30 2019 06:28:00      GMAC,   P.O. Box 380903,    Minneapolis, MN 55438-0903
13745897      +EDI: IIC9.COM Apr 30 2019 06:28:00      I C System Inc,    Po Box 64378,
                Saint Paul, MN 55164-0378
13745898      +EDI: TSYS2.COM Apr 30 2019 06:28:00      Juniper,   Card Services,    P.O. Box 13337,
                Philadelphia, PA 19101-3337
13745899      +E-mail/Text: rcorbett@kanehospital.org Apr 30 2019 02:42:51      Kane Community Hospital,
                4372 Route 6,   Kane, PA 16735-3099
13745900      +E-mail/Text: notices@burt-law.com Apr 30 2019 02:42:47
                Law Offices of Burton Neil & Assoc., P.C.,    1060 Andrew Drive, Suite 170,
                West Chester, PA 19380-5601
14907410       E-mail/Text: jennifer.chacon@spservicing.com Apr 30 2019 02:42:52
                Legacy Mortgage Asset Trust 2018-GS,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                Salt Lake City, UT 84165-0250
13745901      +EDI: CBSMASON Apr 30 2019 06:28:00      Massey’s,   P.O. Box 2822,    Monroe, WI 53566-8022
13745903      +EDI: MID8.COM Apr 30 2019 06:28:00      Midland Funding,    8875 Aero Dr Ste 200,
                San Diego, CA 92123-2255
13745904      +E-mail/Text: Bankruptcy@natfuel.com Apr 30 2019 02:42:02      National Fuel,    1 Relief Street,
                Oil City, PA 16301-1001
13745905      +EDI: AGFINANCE.COM Apr 30 2019 06:28:00      OneMain Financial,    Bankruptcy Dept.,
                P.O. Box 140489,   Irving, TX 75014-0489
13783471       EDI: PRA.COM Apr 30 2019 06:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
13745910      +EDI: PRA.COM Apr 30 2019 06:28:00      Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
13745911      +EDI: CBS7AVE Apr 30 2019 06:28:00      Seventh Avenue,    1112 7th Avenue,
                Monroe, WI 53566-1364
13745913      +EDI: SWCR.COM Apr 30 2019 06:28:00      Sw Crdt Sys,   5910 W Plano Pkwy Suite 100,
                Plano, TX 75093-2202
13745914      +E-mail/Text: BankruptcyNotice@upmc.edu Apr 30 2019 02:42:32      UPMC Physician Services,
                1650 Metropolitan Street,    Pittsburgh, PA 15233-2213
```

```
District/off: 0315-1           User: culy              Page 2 of 2              Date Rcvd: Apr 29, 2019
                               Form ID: 3180W          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
TOTAL: 26

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Christiana Trust, a division of Wilmington Savings
cr              LSF8 Master Participation Trust, by Caliber Home L
cr              Legacy Mortgage Asset Trust 2018-GS
cr              Legacy Mortgage Asset Trust 2018-GS3
cr              MTGLQ Investors, L.P.
cr*            +Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13981624      ##+Christiana Trust, a division of Wilming,   Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,   Salt Lake City, UT 84115-4412
13745906      ##+PA Collection Service,   P.O. Box 893,   Washington, PA 15301-0893
                                                                                 TOTALS: 5, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer andygornall@latouflawfirm.com
              Andrew M. Lubin    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS3
               alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
              Celine P. DerKrikorian    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Chad R. Carlson thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Samantha J. Carlson thedebterasers@aol.com
              Matthew Christian Waldt    on behalf of Creditor    MTGLQ Investors, L.P. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL3 Trust, Mortgage-Backed
               Notes, Series 2014-RPL3 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS3
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew M. Pavlovich    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer mpavlovich@prpclaw.com,   sruschak@prpclaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```