**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/29/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CHAD R. CARLSON
SAMANTHA J. CARLSON
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:13-11355 TPA

Chapter 13

Document No.: 86

ORDER OF COURT

AND NOW, this ___29th___ day of ___April___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE    jlm

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 13-11355-TPA
Chad R. Carlson                                                     Chapter 13
Samantha J. Carlson
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-1          User: culy                  Page 1 of 2                  Date Rcvd: Apr 29, 2019
                              Form ID: pdf900             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db            +Chad R. Carlson,    733 Montmorenci Road,    Ridgway, PA 15853-6825
jdb           +Samantha J. Carlson,    733 Montmorenci Road,    Ridgway, PA 15853-6825
13745880     #+Accounts Receivable Management, Inc.,    P.O. Box 561,    Thorofare, NJ 08086-0561
13745882      +AmServ, Ltd.,    P.O. Box 8,   Indiana, PA 15701-0008
13745886      +Cardionet, Inc.,    P.O. Box 508,    Malvern, PA 19355-0508
13745887      +Cliffe’s & the RX Center,    223 Main Street,    P.O. Box 317,    Ridgway, PA 15853-0317
13745888      +Credit Bureau Centre,    P.O. Box 273,    Monroe, WI 53566-0273
13745891      +DuBois Radiologists, Inc.,    28 East Scribner Avenue,    P.O. Box 1106,    Du Bois, PA 15801-0906
13745892      +DuBois Regional Medical Center,    P.O. Box 447,    Du Bois, PA 15801-0447
13745893      +Elk Regional Health Center,    Attn: Cashier,    763 Johnsonburg Road,
                Saint Marys, PA 15857-3498
13745894      +Fulton Friedman & Gullace, LLP,    c/o James Craig,    P.O. Box 2123,    Warren, MI 48090-2123
13745897      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13745898      +Juniper,   Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
13745902      +Merchants’ Credit Guide, Co.,    223 W. Jackson Blvd. #700,    Chicago, IL 60606-6914
13745909     ++PLAIN GREEN LOANS,    93 Mack Road, Suite 600,    Box Elder, MT 59521
              (address filed with court:   Plain Green Loans,    Attn: Customer Support,
                93 Mack Road, Suite 600,    P.O. Box 255,    Box Elder, MT 59521)
13745907      +Paul Z. Rees, DMD,    200 South Street,    Ridgway, PA 15853-2011
13745908      +Pennsylvania Medical Transport,    332 Wampum Avenue,    Ellwood City, PA 16117-1269
13745912      +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
13745915      +UPMC Presbyterian Shadyside,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13745916      +UPMC St. Margaret,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13745917      +Wacopse Federal Cr Un,    117 Pennsylvania Ave W,    Warren, PA 16365-2514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13745881       E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2019 02:41:23     Ally,    Po Box 12699,
                 Glendale, AZ 85318-2699
13765548      +E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2019 02:41:23     Ally Financial f/k/a GMAC,
                 c/o Ally Servicing LLC,    P O Box 130424,    Roseville, MN 55113-0004
13756266      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 30 2019 02:41:57     Asset Acceptance LLC,
                 PO Box 2036,    Warren MI 48090-2036
13745883      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 30 2019 02:41:57     Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
13745885       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2019 02:46:18     Cap One,
                 Po Box 85520,    Richmond, VA 23285
13745884      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 30 2019 02:42:50     Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
13765133      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 30 2019 02:42:50     Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, Oklahoma 73134-2500
13745890      +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 30 2019 02:42:27
                 Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13745889      +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 30 2019 02:42:27
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13745895       E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 02:46:35     GE Money Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
13745896      +E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2019 02:41:23     GMAC,    P.O. Box 380903,
                 Minneapolis, MN 55438-0903
13745899      +E-mail/Text: rcorbett@kanehospital.org Apr 30 2019 02:42:51     Kane Community Hospital,
                 4372 Route 6,    Kane, PA 16735-3099
13745900      +E-mail/Text: notices@burt-law.com Apr 30 2019 02:42:47
                 Law Offices of Burton Neil & Assoc., P.C,    1060 Andrew Drive, Suite 170,
                 West Chester, PA 19380-5601
14907410       E-mail/Text: jennifer.chacon@spservicing.com Apr 30 2019 02:42:52
                 Legacy Mortgage Asset Trust 2018-GS,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
13745901      +E-mail/Text: bankruptcy@sccompanies.com Apr 30 2019 02:41:13     Massey’s,    P.O. Box 2822,
                 Monroe, WI 53566-8022
13745903      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2019 02:42:01     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13745904      +E-mail/Text: Bankruptcy@natfuel.com Apr 30 2019 02:42:02     National Fuel,    1 Relief Street,
                 Oil City, PA 16301-1001
13745905      +E-mail/PDF: cbp@onemainfinancial.com Apr 30 2019 02:46:34     OneMain Financial,
                 Bankruptcy Dept.,    P.O. Box 140489,    Irving, TX 75014-0489
13783471       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 02:46:21
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13745910      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 02:46:21
                 Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13745911      +E-mail/Text: bankruptcy@sccompanies.com Apr 30 2019 02:42:52     Seventh Avenue,
                 1112 7th Avenue,    Monroe, WI 53566-1364
13745913      +E-mail/Text: bankruptcy@sw-credit.com Apr 30 2019 02:42:02     Sw Crdt Sys,
                 5910 W Plano Pkwy Suite 100,    Plano, TX 75093-2202
```

```
District/off: 0315-1           User: culy              Page 2 of 2                   Date Rcvd: Apr 29, 2019
                               Form ID: pdf900         Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13745914        +E-mail/Text: BankruptcyNotice@upmc.edu Apr 30 2019 02:42:32      UPMC Physician Services,
                 1650 Metropolitan Street,    Pittsburgh, PA 15233-2213
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Christiana Trust, a division of Wilmington Savings
cr              LSF8 Master Participation Trust, by Caliber Home L
cr              Legacy Mortgage Asset Trust 2018-GS
cr              Legacy Mortgage Asset Trust 2018-GS3
cr              MTGLQ Investors, L.P.
cr*            +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13981624       ##+Christiana Trust, a division of Wilming,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13745906       ##+PA Collection Service,    P.O. Box 893,    Washington, PA 15301-0893
                                                                                 TOTALS: 5, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans,
           Inc., solely in its capacity as servicer andygornall@latouflawfirm.com
          Andrew M. Lubin    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS3
           alubin@milsteadlaw.com, bkecf@milsteadlaw.com
          Celine P. DerKrikorian    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
           Loans, Inc., solely in its capacity as servicer ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans,
           Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Chad R. Carlson thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Joint Debtor Samantha J. Carlson thedebterasers@aol.com
          Matthew Christian Waldt    on behalf of Creditor    MTGLQ Investors, L.P. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    Christiana Trust, a division of Wilmington
           Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL3 Trust, Mortgage-Backed
           Notes, Series 2014-RPL3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS3
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Matthew M. Pavlovich    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
           Loans, Inc., solely in its capacity as servicer mpavlovich@prpclaw.com, sruschak@prpclaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 13
```